1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiffs
   Disney Enterprises, Inc. and Sanrio, Inc.

ORIGINAL

2008 MAR 18  P 12: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 01489 BZ

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., | Case No. |
| Plaintiffs, | NOTICE OF INTERESTED PARTIES |
| v. | CIVIL LOCAL RULE 3-16(c)(1) |
| Jeff Herring, The Fun Factory dba funfactoryparties.com, and Does 1 – 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 10, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiffs Disney Enterprises, Inc. and Sanrio, Inc.