ORIGINAL

1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiffs Disney
   Enterprises, Inc. and Sanrio, Inc.
7

FILED

2008 MAR 18 P 12: 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

ADR

E-FILING

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   Disney Enterprises, Inc. and Sanrio, Inc.,   )   Case No. C08 01489 BZ
12                                              )
                    Plaintiffs,                 )   DECLARATION RE JOINDER
13      v.                                      )
                                                )
14 Jeff Herring, The Fun Factory dba            )
   funfactoryparties.com and Does 1 – 10,       )
15 inclusive,                                   )
                                                )
16                  Defendants.                 )

17
                    **DECLARATION OF ANNIE S. WANG**
18
   I, Annie S. Wang, declare as follows:
19
        1.      I am an attorney at law, duly admitted to practice before the Courts of the State of
20
   California and the United States District Court for the Northern District of California. I am an
21
   attorney for Plaintiffs Disney Enterprises, Inc. and Sanrio, Inc. (collectively "Plaintiffs") in an action
22
   styled <u>Disney Enterprises, Inc., et al. v. Herring, et al.</u> I submit this Declaration supporting joinder
23
   of the copyright claims in one action. Except as otherwise expressly stated to the contrary, I have
24
   personal knowledge of the following facts and, if called as a witness I could and would competently
25
   testify thereto.
26
        2.      The interests of justice will be advanced through joinder of Plaintiffs' claims for
   copyright infringement for the following reasons:
27
            a.      First, I am informed and believe that the Defendants' mode of conducting
28
                business requires the Plaintiffs to act in concert. It is far more likely that the Plaintiffs will

Disney, et al. v. Herring, et al.: Declaration re Joinder         - 1 -

succeed in coordinating these enforcement efforts where relief is sought in one action, in one proceeding, before one Court. Even were separate actions "related," which is not certain, it would still remain possible that proceedings would not necessarily proceed on the same schedule.

   b.   Second, the interests of justice are served because the Plaintiffs seek to vindicate similar rights. While different intellectual properties are involved, my experience with similar cases suggests that the most vigorously contested issues will involve Defendants conduct, intent and ability to compensate Plaintiffs for their acts. These issues will be the same with respect to each Plaintiff. Accordingly, not only are the interests of justice advanced through joinder, the risk of prejudice is reduced and judicial economies are advanced.

   c.   Accordingly, joinder of the Plaintiffs' claims herein will avoid a multiplicity of actions involving substantially the same issues, the same preliminary procedures and the same final relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2008 at Glendale, California.

_____
ANNIE S. WANG