J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs
Disney Enterprises, Inc. and Sanrio, Inc.

Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Jeff Herring, The Fun Factory dba ) <br> funfactoryparties.com, and Does 1 – 10, ) <br> inclusive, ) <br> ) <br> Defendants. ) | Case No. C08-1489 JSW <br><br> JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO RESPOND TO COMPLAINT |

PLAINTIFFS, Disney Enterprises, Inc. and Sanrio, Inc. (collectively "Plaintiffs") by and through their counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendants Jeff Herring and The Fun Factory dba funfactoryparties.com (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about March 18, 2008;

WHEREAS the Court set the Case Management Conference in the above-captioned matter on July 11, 2008, at 1:30 p.m.;

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendants on or about June 25, 2008;

WHEREAS Defendants' time to respond to the Complaint was to initially occur on or about July 15, 2008;

WHEREAS Defendants are in the process of obtaining counsel;

WHEREAS the Parties have discussed resolution of the claims alleged in the Complaint herein;

WHEREAS providing Defendants additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions and allow Defendants sufficient time to find counsel;

WHEREAS Defendants propose to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, the Parties stipulate and agree that Defendants shall have through and until August 1, 2008, to respond to the Complaint and agree that the Case Management Conference in the above captioned matter be continued until August 8, 2008, or a date thereafter acceptable to the Court, and all associated dates continued accordingly.

DATED: July 2, 2008

J. Andrew Coombs, A Professional Corp.

/s/ Annie S. Wang
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiffs Disney Enterprises, Inc. and Sanrio, Inc.

DATED: July 2, 2008

Jeff Herring, The Fun Factory dba funfactoryparties.com

Jeff Herring
Defendants, *in pro se*

Disney, et al. v. Herring: Stip. to extend time and to Continue CMC

- 2 -

**PROOF** OF SERVICE

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

      On July 2, 2008, I served on the interested parties in this action with the:

- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT

- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Jeff Herring, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

---

Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

---

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

_____
Katrina Bartolome

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:     (818) 500-3201

Attorneys for Plaintiffs
Disney Enterprises, Inc. and Sanrio, Inc.

Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., | Case No. C08-1489 JSW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| Jeff Herring, The Fun Factory dba funfactoryparties.com, and Does 1 – 10, inclusive, | |
| Defendants. | |

On or about March 27, 2008, the Court set the Case Management Conference on July 11, 2008, at 1:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference and for the Court to grant Defendants an extension of time to respond to the Complaint to allow the Parties to continue to discuss settlement of the claims alleged in the Complaint and to allow sufficient time for Defendants to find counsel.

1  In light of the request, and good cause being shown, Defendants shall have through and
2  until August 1, 2008 to respond to the Complaint, and the Case Management Conference currently
3  on calendar for July 11, 2008, at 1:30 p.m. is continued until _____, at
4  _____, and all associated dates continued accordingly.
5  IT IS SO ORDERED.
6
7  Dated:
                                                    _____
8                                                   Hon. Jeffrey S. White
                                                    Judge, United States District Court, Northern District
9                                                   of California

10 PRESENTED BY:

11 J. Andrew Coombs, A Professional Corp.

12
   By: /s/ Annie S. Wang
13       J. Andrew Coombs
         Annie S. Wang
14 Attorneys for Plaintiffs Disney Enterprises, Inc.
   and Sanrio, Inc.
15

16 Jeff Herring, The Fun Factory dba
   funfactoryparties.com
17

18 By: _____
       Jeff Herring
19 Defendants, *in pro se*

20

21

22

23

24

25

26

27

28

Disney, et al. v. Herring: [Proposed] Order Granting Continuance     - 2 -
of Case Management Conference and Extension of Time to
Respond to Complaint

**PROOF** OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the:
- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT

- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT

for the following civil action:

Disney Enterprises, Inc., et al. v. Jeff Herring, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Place of Mailing: Glendale, California
Executed on July 2, 2008, at Glendale, California

_____
Katrina Bartolome