**Jeff Herring**
1021 Nobel Dr.
Santa Cruz, CA 95060
Re: <u>Disney/Sanrio v. Herring</u>
Northern District Court No. C08-1489-BZ

Dear Ms. Wang & Mr. Coombs:                                        6/30/08]

I am the defendant in the above-captioned lawsuit you have filed. I was first served with the complaint on June 25, 2008.

Attorney Peter Franck has initiated settlement negotiations with you, but has declined to act as my counsel of record. I need to find an attorney who will do so, and expect to retain one in the next week.

I am writing to ask you to agree to (1) extend the time for me to respond to the complaint, from July 15, 2008 to August 1, 2008, and (2) stipulate to continue the July 11, 2008 Case Management Conference for at least 60 days, to permit me to find an attorney who could file a response to the complaint, confer with you about preparation of the CMC document(s), and pursue discussion of possible settlement of your clients' claims. I am not a lawyer, and am inexperienced in legal matters; I cannot adequately represent myself in this lawsuit, and I need time to find someone who can represent me.

Please respond to this letter as soon as possible. My home address is above; my e-mail address is <u>jeff@funfactoryparties.com</u> .

Also, I would appreciate your telling me exactly what "sales information," "supplier information," and "inventory information" you are seeking (in your 6/27/08 e-mail to Mr. Franck). I will not be able to furnish you any information as to characters Fun Factory booked prior to June 18, 2006, when my computer's hard drive crashed.

Thank you for your consideration.

Very truly yours,

Jeffrey Herring

*[signature]*

cc: Judge Jeffrey S. White
Magistrate Judge Bernard Zimmerman
Peter Franck