J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Disney Enterprises, Inc. and Sanrio, Inc.

Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Jeff Herring, The Fun Factory dba funfactoryparties.com, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. C08-1489 JSW <br><br> [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT |

On or about March 27, 2008, the Court set the Case Management Conference on July 11, 2008, at 1:30 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference and for the Court to grant Defendants an extension of time to respond to the Complaint to allow the Parties to continue to discuss settlement of the claims alleged in the Complaint and to allow sufficient time for Defendants to find counsel.

Disney, et al. v. Herring: [Proposed] Order Granting Continuance    - 1 -
of Case Management Conference and Extension of Time to
Respond to Complaint

1  In light of the request, and good cause being shown, Defendants shall have through and
2  until August 1, 2008 to respond to the Complaint, and the Case Management Conference currently
3  on calendar for July 11, 2008, at 1:30 p.m. is continued until September 12, 2008, at
4  1:30 p.m., and all associated dates continued accordingly.

5  IT IS SO ORDERED.

7  Dated: July 7, 2008

   _____
   Hon. Jeffrey S. White
   Judge, United States District Court, Northern District
   of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.
and Sanrio, Inc.


Jeff Herring, The Fun Factory dba
funfactoryparties.com

By: _____
    Jeff Herring
Defendants, in pro se

The Court notes that the Defendant company may not proceed *pro se*.

Disney, et al. v. Herring: [Proposed] Order Granting Continuance    - 2 -
of Case Management Conference and Extension of Time to
Respond to Complaint

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DISNEY ENTERPRISES, INC., ET AL. et al,

    Plaintiff,

v.

JEFF HERRING, ET AL. et al,

    Defendant.

Case Number: CV08-01489 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Herring
1021 Nobel Drive
Santa Cruz, CA 95060

Dated: July 7, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk