J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Disney Enterprises, Inc. and Sanrio, Inc.

Jeff Herring, an individual and dba
The Fun Factory and also dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., | Case No. C08-1489 JSW |
| Plaintiffs, | JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| Jeff Herring, et al., | |
| Defendants. | |

PLAINTIFFS, Disney Enterprises, Inc. and Sanrio, Inc. (collectively "Plaintiffs") by and through their counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant Jeff Herring, an individual and dba The Fun Factory and also dba funfactoryparties.com ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about March 18, 2008;

WHEREAS the Court previously continued the Case Management Conference to September 12, 2008, pursuant to a Stipulation filed by the Parties;

Disney, et al. v. Herring: Stip. to Continue CMC (2d)         - 1 -

WHEREAS the Parties have agreed as to the principal terms of settlement which would include entry of a permanent injunction on the record;

WHEREAS the Defendant has requested additional time to seek advice of counsel;

WHEREAS the Parties would like to proceed with the case should settlement not be finalized within the next two weeks;

NOW, THEREFORE, the Parties stipulate and agree that the Case Management Conference in the above captioned matter be continued until October 3, 2008, or a date thereafter acceptable to the Court, and all associated dates continued accordingly.

DATED: September 2, 2008        J. Andrew Coombs, A Professional Corp.

/s/ Annie S. Wang
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc. and Sanrio, Inc.

DATED: September 2, 2008        Jeff Herring, an individual and dba The Fun Factory and also dba funfactoryparties.com

Jeff Herring
Defendant, in pro se

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs
   Disney Enterprises, Inc. and Sanrio, Inc.
7
   Jeff Herring, an individual and dba
8  The Fun Factory and also dba funfactoryparties.com
   1021 Nobel Dr.
9  Santa Cruz, CA 95060

10 Defendant, *in pro se*

11

12

13                          UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

15 Disney Enterprises, Inc. and Sanrio, Inc.,   )   Case No. C08-1489 JSW
                                                )
16                Plaintiffs,                   )   [PROPOSED] ORDER GRANTING
                                                )   CONTINUANCE OF CASE
17       v.                                     )   MANAGEMENT CONFERENCE
                                                )
18 Jeff Herring, The Fun Factory dba            )
   funfactoryparties.com, and Does 1 – 10,      )
19 inclusive,                                   )
                                                )
20                Defendants.                   )

21       On or about July 7, 2008, the Court set the Case Management Conference on September 12,

22 2008, at 1:30 p.m. pursuant to a prior stipulation filed by the Parties.

23       The Parties thereafter filed their second joint request to continue the Case Management

24 Conference in light of their tentative settlement and Defendant's request to have additional time to

25 seek advice of counsel.

26

27

28

Disney, et al. v. Herring: [Proposed] Order Granting Continuance    - 1 -
of Case Management Conference

1  In light of the request, and good cause being shown, the Case Management Conference
2  currently on calendar for September 12, 2008, at 1:30 p.m. is continued until
3  _____, at _____, and all associated dates continued accordingly.
4  IT IS SO ORDERED.

Dated: _____

Hon. Jeffrey S. White
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.
and Sanrio, Inc.


Jeff Herring, an individual and dba
The Fun Factory and also dba
funfactoryparties.com

By: /s/ Jeff Herring
    Jeff Herring
Defendant, in pro se

Disney, et al. v. Herring: [Proposed] Order Granting Continuance   - 2 -
of Case Management Conference

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 2, 2008, I served on the interested parties in this action with the:

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Jeff Herring, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

> Jeff Herring, an individual and dba
> The Fun Factory and also dba funfactoryparties.com
> 1021 Nobel Dr.
> Santa Cruz, CA 95060

Place of Mailing: Glendale, California
Executed on September 2, 2008, at Glendale, California

                                            /s/ Annie S. Wang
                                              Annie S. Wang