J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Disney Enterprises, Inc. and Sanrio, Inc.

Jeff Herring, an individual and dba
The Fun Factory and also dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Disney Enterprises, Inc. and Sanrio, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Jeff Herring, The Fun Factory dba funfactoryparties.com, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. C08-1489 JSW <br><br> [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

On or about July 7, 2008, the Court set the Case Management Conference on September 12, 2008, at 1:30 p.m. pursuant to a prior stipulation filed by the Parties.

The Parties thereafter filed their second joint request to continue the Case Management Conference in light of their tentative settlement and Defendant's request to have additional time to seek advice of counsel.

Disney, et al. v. Herring:  [Proposed] Order Granting Continuance     - 1 -
of Case Management Conference

In light of the request, and good cause being shown, the Case Management Conference currently on calendar for September 12, 2008, at 1:30 p.m. is continued until October 31, 2008____, at 1:30 p.m.__, and all associated dates continued accordingly.

IT IS SO ORDERED.

Plaintiff's counsel shall serve a copy of this order
on the Defendant and file proof of such service.

Dated: September 3, 2008

_____
Hon. Jeffrey S. White
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang_____
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.
and Sanrio, Inc.

Jeff Herring, an individual and dba
The Fun Factory and also dba
funfactoryparties.com

By: _____
    Jeff Herring
Defendant, *in pro se*

Disney, et al. v. Herring: [Proposed] Order Granting Continuance    - 2 -
of Case Management Conference