1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs
   Disney Enterprises, Inc. and Sanrio, Inc.
7

8                  UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10                                                 )
    Disney Enterprises, Inc. and Sanrio, Inc.,     )   Case No. C08-1489 JSW
11                                                 )
                         Plaintiff,                )   PROOF OF SERVICE
12         v.                                      )
                                                   )
13  Jeff Herring, et al.                           )
                                                   )
14                                                 )
                         Defendants.               )
15                                                 )

16

17

18

19

20

21

22

23

24

25

26

27

28

Disney v. Herring: Proof of Service          - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On September 3, 2008, I served on the interested parties in this action with the:

- NOTICE OF ORDER (See Exhibit A attached)

for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Jeff Herring, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

```
Jeff Herring
The Fun Factory dba funfactoryparties.com
1021 Nobel Dr.
Santa Cruz, CA 95060
```

Place of Mailing: Glendale, California
Executed on September 3, 2008, at Glendale, California

_____
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiffs
   Disney Enterprises, Inc. and Sanrio, Inc.
7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10
   Disney Enterprises, Inc. and Sanrio, Inc.,     )  Case No. C08-1489 JSW
11                                                )
                    Plaintiff,                    )  NOTICE OF ORDER
12      v.                                        )
                                                  )
13 Jeff Herring, et al.                           )
                                                  )
14                                                )
                    Defendants.                   )
15                                                )

16
   TO DEFENDANTS JEFF HERRING AND THE FUN FACTORY DBA
17
   FUNFACTORYPARTIES.COM:
18
        PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-
19
   captioned action on September 3, 2008. A copy of the Order is attached.
20
   Dated: September 3, 2008            J. ANDREW COOMBS, A Prof. Corp.
21

22
                                       By: _____
23                                          J. Andrew Coombs
                                            Annie S. Wang
24                                     Attorneys for Plaintiffs Disney Enterprises, Inc.
                                       and Sanrio, Inc.
25

26

27

28

Disney v. Herring: Notice of Order            - 1 -

Exhibit A

Case 3:08-cv-01489-JSW   Document 14-2   Filed 09/03/2008   Page 1 of 2

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiffs
   Disney Enterprises, Inc. and Sanrio, Inc.
7
   Jeff Herring, an individual and dba
8  The Fun Factory and also dba funfactoryparties.com
   1021 Nobel Dr.
9  Santa Cruz, CA 95060

10 Defendant, *in pro se*

11

12
                    UNITED STATES DISTRICT COURT
13
           NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
14

15 Disney Enterprises, Inc. and Sanrio, Inc.,      )  Case No. C08-1489 JSW
                                                   )
16                Plaintiffs,                      )  [PROPOSED] ORDER GRANTING
                                                   )  CONTINUANCE OF CASE
17       v.                                        )  MANAGEMENT CONFERENCE
                                                   )
18 Jeff Herring, The Fun Factory dba               )
   funfactoryparties.com, and Does 1 – 10,         )
19 inclusive,                                      )
                                                   )
20                Defendants.                      )

21       On or about July 7, 2008, the Court set the Case Management Conference on September 12,
22 2008, at 1:30 p.m. pursuant to a prior stipulation filed by the Parties.
23       The Parties thereafter filed their second joint request to continue the Case Management
24 Conference in light of their tentative settlement and Defendant's request to have additional time to
25 seek advice of counsel.

26

27

28
   Disney, et al. v. Herring:  [Proposed] Order Granting Continuance      - 1 -
   of Case Management Conference

Exhibit A

07/31/2008 01:23   831-457-8166   THE FUN FACTORY   PAGE 04
Case 3:08-cv-01489-JSW    Document 14-2    Filed 08/02/2008    Page 2 of 2

1  In light of the request, and good cause being shown, the Case Management Conference
2  currently on calendar for September 12, 2008, at 1:30 p.m. is continued until
3  __October 31, 2008__, at 1:30 p.m., and all associated dates continued accordingly.
4  IT IS SO ORDERED.
5  Plaintiff's counsel shall serve a copy of this order
6  on the Defendant and file proof of such service.
7  Dated: September 3, 2008                      _____
                                                  Hon. Jeffrey S. White
8                                                 United States District Judge

11  PRESENTED BY:
12  J. Andrew Coombs, A Professional Corp.

14  By: /s/ Annie S. Wang
        J. Andrew Coombs
15      Annie S. Wang
16  Attorneys for Plaintiffs Disney Enterprises, Inc.
    and Sanrio, Inc.

18  Jeff Herring, an individual and dba
    The Fun Factory and also dba
19  funfactoryparties.com

20  By: _____
21      Jeff Herring
    Defendant, in pro se

Disney, et al. v. Herring - [Proposed] Order Granting Continuance    - 2 -
of Case Management Conference

Exhibit A